

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00013-CV

_____

STEVEN MICHAEL PERRY, Appellant

V.

MARGARET FRENK, Appellee

On Appeal from the County Court at Law 2
Gregg County, Texas
Trial Court No. 2010-0343-C

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM  OPINION

Appellant, Steven Michael Perry, has filed with this Court a motion to dismiss the pending appeal in this matter.   Perry represents to this Court that the parties have reached an agreement regarding the substance of the appeal.   In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:      February 22, 2011
Date Decided:        February 23, 2011